No. 1811. PEOPLE, APPELLEE, *v.* PÉREZ, APPELLANT.—Second District Court of San Juan. Adulteration of milk. Decided 23, 1921. There was no bill of exceptions, statement of

the case or brief filed and the record discloses no fundamental error. *Affirmed.*